UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, <br><br> Plaintiff, <br><br> v. <br><br> MOJAVE MOTEL INVESTMENTS, Inc., a California Corporation; and Does 1-10, <br><br> Defendant. | Case No.: 1:21-CV-00939-DAD-JLT <br><br> **ORDER AFTER NOTICE OF SETTLEMENT (Doc. 5** |

The plaintiff reports that he has settled the matter and indicate they will seek dismissal of the action soon. (Doc. 5 at 1) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than October 1, 2021**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **August 3, 2021**              _ /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE