UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>    Plaintiff,<br><br>  v.<br><br>MOJAVE MOTEL INVESTMENTS, Inc., a California Corporation; and Does 1-10,<br><br>    Defendant. | Case No.: 1:21-CV-00939-DAD-JLT<br><br>**ORDER CLOSING THE ACTION (Doc. 7)** |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 7) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

  Dated:   **August 20, 2021**           _/s/ Jennifer L. Thurston_
                                      CHIEF UNITED STATES MAGISTRATE JUDGE